| PROB 12C (Rev. 08/18) | **AMENDED VIOLATION REPORT** **PART 1:  PETITION FOR SUMMONS** | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 34350 | **DATE** 05/22/2025 |
|---|---|---|---|---|
| **NAME** SCOTT, Robert | | **OFFICER** Mary Whitt | **JUDGE** Stephen J. Murphy, III | **DOCKET #** 23-CR-20042-01 |

| ORIGINAL SENTENCE DATE 01/15/2019 | SUPERVISION TYPE Supervised Release | CRIMINAL HISTORY CATEGORY VI | TOTAL OFFENSE LEVEL 22 | PHOTO |
|---|---|---|---|---|
| COMMENCED 08/26/2022 | | | | |
| EXPIRATION 08/25/2025 | | | | |

| ASST. U.S. ATTORNEY | DEFENSE ATTORNEY |
|---|---|
| Tara Hindelang | Natasha Webster |

**REPORT PURPOSE**

**AMENDED TO SUMMONS PETITION FILED ON February 27, 2025**
(Please note the amended information is underlined)

**ORIGINAL OFFENSE**

Count 1:  18 U.S.C. § 1951(a), Interference with Commerce by Threat or Violence

**SENTENCE DISPOSITION**

Custody of the Bureau of Prisons for a term of 65 months. This sentence shall run concurrent with any sentence imposed in Sixteenth Circuit Court, Mt. Clemens, Michigan, under Docket No. 2016-0022886-FH, to be followed by a three-year term of supervised release.

Name of Sentencing Judicial Officer:  Honorable Audrey G. Fleissig, Eastern District of Missouri.  Jurisdiction accepted by the Honorable Stephen J. Murphy, III on January 23, 2023.

Modification:  June 27, 2022, (Eastern District of Missouri), the following special condition was added: "You must reside in a residential reentry center for a term of not more than 180 days, if necessary.  You must follow the rules and regulation of the center."  The condition closed November 7, 2022.

**ORIGINAL SPECIAL CONDITIONS**

1. As part of your supervision, you must comply with the following additional special conditions. If it is determined there are costs associated with any services provided, you shall pay those costs based on a co-payment fee established by the probation office:
2. You must submit to substance abuse testing to determine if you have used a prohibited substance. You must not attempt to obstruct or tamper with the testing methods.
3. You must participate in a substance abuse treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

| PROB 12C (Rev. 08/18) | **AMENDED VIOLATION REPORT** <br> **PART 1:  PETITION FOR SUMMONS** | **U. S. Probation Office** <br> Eastern District of Michigan | PACTS <br> 34350 | DATE <br> 05/22/2025 |
|---|---|---|---|---|
| NAME <br> SCOTT, Robert | | OFFICER <br> Mary Whitt | JUDGE <br> Stephen J. Murphy, III | DOCKET # <br> 23-CR-20042-01 |

4. You must participate in a mental health treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).
5. You must participate in a gambling addiction treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).
6. You must not engage in any form of gambling (including, but not limited to, lotteries, on-line wagering, sports betting) and you must not enter any casino or other establishment where gambling is the primary purpose (e.g., horse racetracks, off-track betting establishments).
7. You must submit your person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. § 1030(e)(l)), other electronic communications or data storage devices or media, or office, to a search conducted by a United States probation officer. You must warn any other occupants that the premises may be subject to searches pursuant to this condition. The probation officer may conduct a search under this condition only when reasonable suspicion exists that you have violated a condition of supervision and that the areas to be searched contain evidence of this violation.
8. You must provide the probation officer with access to any requested financial information and authorize the release of any financial information. The probation office may share financial information with the U.S. Attorney's Office.
9. You must not incur new credit charges, or open additional lines of credit without the approval of the probation officer.
10. You must apply all monies received from any anticipated and/or unexpected financial gains, including any income tax refunds, inheritances, or judgments, to the outstanding Court-ordered financial obligation. You must immediately notify the probation office of the receipt of any indicated monies.
11. If the judgment imposes a financial penalty, you must pay the financial penalty in accordance with the Schedule of Payments sheet of the judgment. You must also notify the court of any changes in economic circumstances that might affect the ability to pay this financial penalty.

   Criminal Monetary Penalties:  Special Assessment $100.00 (paid); Restitution $7,100.00 (balance $2,066.88).

The probation officer believes that the offender has violated the following conditions of Supervised Release:

| VIOLATION NUMBER | NATURE OF NONCOMPLIANCE |
|---|---|
| 1 | **Violation of Mandatory Condition :** "YOU MUST NOT COMMIT ANOTHER FEDERAL, STATE, OR LOCAL CRIME". <br><br> According to the incident report from the Detroit Police Department, on September 5, 2024, police officers were dispatched to a home on Riverview to investigate the report of a felonious assault. Two witnesses reported the victim was assaulted by Aaron Adams and his brother, ROBERT SCOTT. They stated Mr. Adams and SCOTT, came to the home and had an argument with the victim over marijuana. The witnesses reported Mr. Adams and SCOTT "jumped" the victim. The witnesses stated Mr. Adams assaulted the victim with a firearm. |

| PROB 12C (Rev. 08/18) | **AMENDED VIOLATION REPORT** **PART 1:  PETITION FOR SUMMONS** | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 34350 | **DATE** 05/22/2025 |
|---|---|---|---|---|
| **NAME** SCOTT, Robert | | **OFFICER** Mary Whitt | **JUDGE** Stephen J. Murphy, III | **DOCKET #** 23-CR-20042-01 |

| | | |
|---|---|---|
| | | The victim was interviewed by police and reported he was hanging out in his vehicle when Mr. Adams and SCOTT approached him on foot. He stated, "either Mr. Adams or SCOTT reached into the window and hit him in the face with a firearm". The victim reported he fought back and was pulled from the vehicle. After he was punched and kicked in the head, "one of the individuals" hit him with a firearm. The victim stated Mr. Adams choked him, released him, then left the scene. The victim was observed to have multiple injuries to both sides of his face and was taken to the hospital by EMS for treatment. It was noted the physical description of SCOTT provided by the victim included a cross tattoo under one of his eyes.<br><br>On December 3, 2024, SCOTT was charged in the 36th District Court with Felony Assault with Intent to do Great Bodily Harm less than Murder, Weapons-Firearms by Prohibited Person, Assault with Dangerous Weapon, and three counts of Weapons-Felony Firearm. On January 2, 2025, SCOTT was arrested by the Detroit Police Department. On January 27, 2025, all charges were dismissed as the complaining witness failed to appear. |
| | 2 | **Violation of Special Condition:** "IF THE JUDGMENT IMPOSES A FINANCIAL PENALTY, YOU MUST PAY THE FINANCIAL PENALTY IN ACCORDANCE WITH THE SCHEDULE OF PAYMENTS SHEET OF THE JUDGMENT. YOU MUST ALSO NOTIFY THE COURT OF ANY CHANGES IN ECONOMIC CIRCUMSTANCES THAT MIGHT AFFECT THE ABILITY TO PAY THIS FINANCIAL PENALTY."<br><br>SCOTT was ordered to pay $7,100.00 in restitution, ordered joint and several with his codefendants. SCOTT was instructed to pay $100.00 per month towards restitution. On August 25, 2024, SCOTT's last payment of $100.00 was received. |
| | 3 | **Violation of Mandatory Condition :** "YOU MUST NOT COMMIT ANOTHER FEDERAL, STATE, OR LOCAL CRIME".<br><br>According to the incident report from the Eastpointe Police Department, on April 12, 2025, the victim walked into the police station to report an assault. The victim reported she was assaulted by her boyfriend, ROBERT SCOTT. The victim stated that on March 15, 2024, she and SCOTT had an argument about going to a party. She reported SCOTT left the residence and was gone for about one hour. When he was gone she moved his Xbox and locked the bedroom door. When SCOTT returned home he banged on the door and screamed at her. He made threats to break down the door. The victim became scared and went into the bedroom closet. SCOTT kicked down the bedroom door and trapped the victim in the closet. SCOTT slapped the victim in the face and chest. The victim reported SCOTT kept her in the closet for multiple hours while he yelled at her. The victim reported she was afraid of SCOTT and worried he would retaliate if he knew she had filed a police report.<br><br>As of the date of this writing, no charges were filed in the 38th District Court, Eastpointe. |

| PROB 12C (Rev. 08/18) | **AMENDED VIOLATION REPORT** <br> **PART 1:   PETITION FOR SUMMONS** | **U. S. Probation Office** <br> Eastern District of Michigan | PACTS <br> 34350 | DATE <br> 05/22/2025 |
|---|---|---|---|---|
| **NAME** <br> SCOTT, Robert | | **OFFICER** <br> Mary Whitt | **JUDGE** <br> Stephen J. Murphy, III | **DOCKET #** <br> 23-CR-20042-01 |

| 4 | **Violation of Standard Condition No. 5:** "YOU MUST LIVE AT A PLACE APPROVED BY THE PROBATION OFFICER. IF YOU PLAN TO CHANGE WHERE YOU LIVE OR ANYTHING ABOUT YOUR LIVING ARRANGEMENTS (SUCH AS THE PEOPLE YOU LIVE WITH), YOU MUST NOTIFY THE PROBATION OFFICER AT LEAST 10 DAYS BEFORE THE CHANGE. IF NOTIFYING THE PROBATION OFFICER IN ADVANCE IS NOT POSSIBLE DUE TO UNANTICIPATED CIRCUMSTANCES, YOU MUST NOTIFY THE PROBATION OFFICER WITHIN 72 HOURS OF BECOMING AWARE OF A CHANGE OR EXPECTED CHANGE." <br><br> On May 14, 2025, an unannounced home visit was conducted at SCOTT's reported address in Eastpointe, Michigan. Contact was made with his ex-girlfriend, who reported SCOTT had not resided at the residence for approximately two weeks. <br><br> On May 22, 2025, after not hearing from SCOTT, the probation officer called and inquired where he was living. SCOTT reported he had lived with his mother in Southfield for approximately one month. |
|---|---|

| I declare under penalty of perjury that the foregoing is true and correct. <br> **PROBATION OFFICER** <br><br> s/Mary Whitt/lnb/djl <br> (313) 234-5423 | **DISTRIBUTION** <br><br> Court |
|---|---|
| **SUPERVISING PROBATION OFFICER** <br><br> s/Christina R. Wilkerson <br> (313) 234-5460 | **PROBATION ROUTING** <br><br> Data Entry |

**THE COURT ORDERS:**

[ X ]   The above changes as amended to the summons petition filed on February 27, 2025

[  ]   Other

                                                       s/Stephen J. Murphy, III
                                                      United States District Judge

                                                      May 27, 2025
                                                      Date